**Order entered January 27, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01466-CV

### ABRAHAM MAAYEH, Appellant

### V.

### MARCUS BRIAN CURRY, ET AL., Appellees

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-13602**

## ORDER

Before the Court is the January 24, 2020 request of Sheretta Martin, Official Court Reporter for the 162nd Judicial District Court, for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **February 24, 2020**.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE